STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8049   AND FILED ON   9/14/2007

| JOSEPH DEMASI | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| JOSEPH BENEFICO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) 
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/20/2007 at 3:15PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOSEPH BENEFICO, CHIEF OF POLICE   (herein called recipient) therein named.
At Location: 34 FIFTH AVENUE

PELHAM NY

By delivering to and leaving with LT. ROCCO DELGROSSO a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/21/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 5'11" | Weight | 180 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/21/2007

*[signature]*
GAIL WILLIAMS
Notary Public, State of New York
Qualified in...
Commission... 2010

John Axelrod

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8049          AND FILED ON          9/14/2007

| | |
|---|---|
| JOSEPH DEMASI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| JOSEPH BENEFICO, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                                        ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/20/2007__ at __3:05PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RICHARD SLINGERLAND, VILLAGE ADMINISTRATOR          (herein called recipient) therein named.
At Location: 195 SPARKS AVENUE

PELHAM NY

By delivering to and leaving with __TERRI ROUKE, VILLAGE CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __9/21/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 5'5" | Weight | 130 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __9/21/2007__

_signature_
GAIL WILLIAMS
Notary Public, State of New York

John Axelrod

Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8049   AND FILED ON   9/14/2007

| | |
|---|---|
| JOSEPH DEMASI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| JOSEPH BENEFICO, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/20/2007__ at __3:05PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF PELHAM, NEW YORK   (herein called recipient) therein named.

At Location: 195 SPARKS AVENUE
PELHAM NY

By delivering to and leaving with __TERRI ROUKE__ and that deponent knew the person so served to be the VILLAGE CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BROWN
Age: 40/50   Height: 5'5"
Weight: 130   Other Features:

Sworn to before me on __9/21/2007__

_Gail William_ (signature)

_John Axelrod_ (signature)
John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
Qualified...
Commission... 2010