UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---------------------------------------X
JOSEPH DeMASI,

            Plaintiff,

        - against -

JOSEPH BENEFICO, individually, RICHARD SLINGERLAND, individually, and the VILLAGE OF PELHAM, New York,

            Defendants.
---------------------------------------X

Docket No.: 07 CIV 8049
(WCC)

STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendants' appear, answer, or move with respect to the above-captioned action is extended to and including November 12, 2007.

Dated: Mineola, New York
      October 9, 2007

LOVETT & GOULD, LLP

By: _____
Jonathan Lovett (JL-4854)
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401
Attorneys for Plaintiff

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

By: _____
Steven C. Stern (SS-2573)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Attorney for Defendants

SO-ORDERED:

_____
U.S.D.J.

Dated: White Plains, NY
Oct. 24, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E- COPIES MAILED TO COUNSEL OF RECORD for π
+ MAILED TO ∆s' COUNSEL