UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
Joseph DeMasi,

                                                                                        07 CV 08049 (WCC)

                  Plaintiff,                **JUDGMENT**

      -against-

Joseph Benefico, individually,
Richard Slingerland, individually, and
the Village of Pelham, New York,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - X

    Defendants having moved to dismiss and the said motion having come before the Honorable William C. Conner, United States District Judge and the Court thereafter on June 13, 2008, having handed down its Opinion and Order, granting defendants' motion to dismiss with prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed with prejudice as to all defendants.


DATED: White Plains, N.Y.
       June 16, 2008

                                                          *J. Michael McMahon*
                                                               Clerk

i:/judgment/demasi.049